## <u>ATTACHMENT A</u>

**Error! Reference source not found.** the DEA evidence storage, 330 Ionia Avenue NW, Grand Rapids, Michigan 49501.

This warrant authorizes the forensic examination of the Subject Device for the purpose of identifying the electronically stored information described in Attachment B.