## **ATTACHMENT B**

All records on the Subject Device described in Attachment A that relate to violations of Title 21, United States Code, Section 841, 846, and involve JACKIE LEE CHERRY including:

1. Lists, ledgers, spreadsheets, or similar files documenting drug transactions and/or identifying individuals involved in those transactions;

2. Contact lists;

3. Toll records documenting incoming and outgoing phone calls, text messages, and electronic mail;

4. Electronic communications including electronic mail, MMS and SMS text messages, communications through social media networks such as Facebook, Instagram, Twitter, or their equivalent, relating to drug trafficking;

5. Digital photographs or video files depicting drugs, currency, buildings or conveyances used or which could be used to facilitate drug or firearms trafficking and any such digital photographs or video files depicting the proceeds of drug trafficking;

6. Audio files including voice mail messages or "chats" relating to drug trafficking;

7. Bank records including checks, deposit slips, account statements, wire transfer documentation, documentation of electronic money transmissions through money transfer businesses to include Western Union and MoneyGram, and credit card account statements;

8. Global Positioning System (GPS) data indicating the location of the Device at given points in time;

9. Evidence of user attribution showing who used or owned the Subject Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history; and

10. Records and things evidencing the use of the Internet, including:

    a. records of Internet Protocol addresses used;

      b.    records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.